■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN JOHNSON, Appellant. [64 NYS3d 688]—Judgment, Supreme Court, New York County (Renee A. White, J. at plea and sentencing; Marcy L. Kahn, J. at resentencing), rendered May 7, 2013, as amended September 23, 2014, convicting defendant, upon his plea of guilty, of stalking in the first degree, and sentencing him, as a second felony offender, to a term of two to four years, unanimously affirmed.

Defendant did not preserve his claim that his guilty plea was involuntary and unknowing because the promised sentence was unlawful (*see People v Williams*, 27 NY3d 212 [2016]), and

we decline to review it in the interest of justice. As an alternative holding, we find no basis for reversal. Defendant successfully moved under CPL 440.20 to have his unlawful sentence of three years replaced by a lawful sentence of two to four years. Even assuming, without deciding, that defendant would have been entitled to withdraw his plea (the remedy he requests on appeal), he expressly declined that remedy at resentencing. Concur—Friedman, J.P., Gische, Kapnick and Moulton, JJ.